466 A.2d 713

Commonwealth v. Gardner, Appellant.

Submitted April 5, 1983. Joseph T. Quinn, for appellant; Jane Cutler Green-

span, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.